### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### Greenbelt Division

---

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 13** |
| | ) | |
| **MAHMOUD MUSA ABULHAWA** | ) | **Case No. 21-14649** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), Sands Anderson

PC ("**Sands Anderson**") hereby appears in the above-captioned case as counsel to Strategic

Funding Source, Inc. d/b/a Kapitus ("**Kapitus**"), and pursuant to 11 U.S.C. §§ 102(1) and 342, and

Bankruptcy Rules 2002 and 9007 request that it be placed on all mailing matrixes, and further

requests that all notices, given or required to be given, all pleadings, papers and other

documentation served or required to be served herein be given to and served as follows:

> Paige Levy Smith (MD Fed. Bar No. 19912)
> SANDS ANDERSON PC
> 1497 Chain Bridge Road, Suite 300
> McLean, VA 22101-5728
> Telephone: (703) 893-3600
> Facsimile: (703) 893-8484
> plevysmith@sandsanderson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the

notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, any notice, application, complaint, demand, motion, petition, pleading or request,

Paige Levy Smith (MD Fed. Bar No. 19912)
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
McLean, VA 22101-5728
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
plevysmith@sandsanderson.com
*Counsel for Strategic Funding Source, Inc. d/b/a Kapitus*

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any later appearance, pleading, claim or suit shall constitute a consent to or waiver of (i) Kapitus' right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding so triable in this Chapter 13 case or any case, controversy, or proceeding related to this Chapter 13 case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all rights, claims, actions, defenses, setoffs, recoupments or other matters to which it may be entitled by law, equity or agreement and such right.  All of those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by this filing or by any other participation herein.

Dated:  July 27, 2021

**STRATEGIC FUNDING SOURCE, INC.
D/B/A KAPITUS,**

*/s/*
Paige Levy Smith (MD Fed. Bar No. 19912)
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
McLean, VA 22101-5728
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
plevysmith@sandsanderson.com
*Counsel for Strategic Funding Source, Inc.,
d/b/a Kapitus*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>July 27th</u>, 2021, an electronic copy of the foregoing Notice of Appearance and Request for Notice was filed using the Court's ECF system which caused electronic notification of filing to be served on all registered users of the ECF system that have requested such notification in this case and via first-class mail, postage prepaid, to the following:

Mahmoud Musa Abulhawa
8724 Hawkins Creamery Road
Gaithersburg, MD 20882
 *Debtor*

Richard B. Rosenblatt
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square, Ste. 302
Rockville, MD 20850
 *Counsel to the Debtor*

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
 *Chapter 13 Trustee*

<u>/s/</u>