UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

IN RE:                                                                                        CASE NO.: 21-14649
                                                                                                               CHAPTER 13

**Mahmoud Musa Abulhawa,**
   Debtor.

_____/

## REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-15N, U.S. Bank National Association, as Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
10700 ABBOTT'S BRIDGE RD, SUITE 170
DULUTH, GA 30097**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Authorized Agent for Secured Creditor
                                          10700 Abbott's Bridge Rd, Suite 170
                                          Duluth, GA 30097
                                          Telephone: 470-321-7112

                                          By: /s/Cristina DiGiannantonio
                                               Cristina DiGiannantonio
                                               Email: cdigiannantonio@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MAHMOUD MUSA ABULHAWA
8724 HAWKINS CREAMERY ROAD
GAITHERSBURG, MD 20882

And via electronic mail to:

RICHARD B. ROSENBLATT
THE LAW OFFICES OF RICHARD B. ROSENBLATT
30 COURTHOUSE SQUARE STE. 302
ROCKVILLE, MD 20850

TIMOTHY P. BRANIGAN
9891 BROKEN LAND PARKWAY
SUITE 301
COLUMBIA, MD 21046

By: /s/ Vincent Dodge