# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND
# Greenbelt Division

In re: Mahmoud Musa Abulhawa,　　　　　　　　Case No.: 20-14649
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　Debtor.

## MOTION FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Bankruptcy Rule 9010-3(b) of this Court, and Local Rule 101.1(b) of the U.S. District Court for the District of Maryland, Paige Levy Smith, Esquire (the **"Movant"**), a member in good standing of the Bar of this Court, moves for the admission of W. Ashley Burgess, Esquire to appear *pro hac vice* in the above captioned case as counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc., as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus.

　　　　Movant and proposed admittee respectfully certify as follows:

1. The proposed admittee is not a member of the Bar of Maryland.

2. The proposed admittee does not maintain a law office in Maryland.

3. The proposed admittee is a member in good standing of the State Bar of Virginia and is admitted to practice in the United States District Court for the Eastern District of Virginia; the United States District Court for the Western District of Virginia; the United States Bankruptcy Court for the Eastern District of Virginia; the United States Bankruptcy Court for the Western District of Virginia. During the twelve (12) months immediately preceding the filing of this

Paige Levy Smith, MD Fed. Bar No. 19912
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
McLean, Virginia 22101-5728
Tel. 703.893.3600
*Counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc.,*
*as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus*

motion, the proposed admittee has been admitted *pro hac vice* in this Court in In re Mahmoud Musa Abulhawa, Case No.: 20-18036.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Maryland Lawyers' Rules of Professional Conduct. The proposed admittee also understands that he is subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for the proposed admittee in this proceeding will be the undersigned or Paige Levy Smith, Esquire, who has been formally admitted to the bar of the U.S. District Court for the District of Maryland.

7. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of the U.S. District Court for the District of Maryland.

8. The $100.00 fee for admission *pro hac vice* will be paid to the Court.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Date: July 30, 2021

| | |
|---|---|
| */s/ Paige Levy Smith* | */s/ W. Ashley Burgess* |
| Paige Levy Smith, MD Fed. Bar No. 19912 | W. Ashley Burgess, VSB No. 67998 |
| SANDS ANDERSON PC | SANDS ANDERSON PC |
| 1497 Chain Bridge Road, Suite 300 | P.O. Box 1998 |
| McLean, VA 22101-5728 | Richmond, VA 23218-1998 |
| Tel. 703.893.3600 | Tel. 804.648.1636 |
| *Counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc., as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus* | *Counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc., as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus* |