**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| MAHMOUD MUSA ABULHAWA | * | Case No.: 21-14649-TJC |
| | * | Chapter   13 |
| Debtor | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

___   A.   THIS IS AN ORIGINAL PLAN, FILED CONCURRENTLY WITH THE PETITION, which will be mailed by the Clerk to all creditors on the Matrix.   [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

___   B.   AMENDED PLANS ONLY INCREASING PAYMENTS:   The Amended Chapter 13 Plan __ filed herewith / __ filed on _____, 20__, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan.  In such event, no service is required.

**XX**   C.   **ALL OTHER PLANS**:  This is to certify that on August 3, 2021, I caused

   (i) the Chapter 13 Plan  **XX**  filed on August 3, 2021 ; and
   (ii) if applicable, the Order Denying Confirmation With Leave to Amend dated _____
   [if (ii) is not applicable, place "N/A" in the blank];

was mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list.
As well as the Chapter 13 Trustee.

(If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

**AND**

2.   *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the Plan.*

\_\_ I caused the Chapter 13 Plan \_\_ filed herewith / \_\_ filed on _____, 20\_\_, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3.

State address served and method of service.   See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.   Attach separate sheets or repeat this paragraph for each such creditor served.

_____
Name of Creditor

_____   _____
Name served                                          Capacity (Resident Agent, Officer, etc.)

_____
Address

_____
City, State, ZIP

Method of Service: _____

Date Served: _____

**AND** Select A or B:

A.       \_\_\_   A proof of claim has been filed with respect to the lien or claim at issue prior to service of the Plan. I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

B.       \_\_\_   No proof of claim has been filed for the lien or claim at issue.

3.   \_\_\_   Along with each copy of the Plan served under Section 2, I included copies of documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan.  ***This supplemental material need not be served with the plan on all creditors, only on affected secured creditors.***

     \_\_\_ This is an amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry \_\_\_\_.

I hereby certify that the foregoing is true and correct.

Date: August 3, 2021                         /s/ Richard B. Rosenblatt_____
                                             Richard B. Rosenblatt #04678
                                             **The Law Office of Richard B. Rosenblatt, P.C.**
                                             30 Courthouse Square, Suite 302
                                             Rockville, Maryland 20850
                                             office: 301-838-0098
                                             fax: 301-838-3498
                                             rrosenblatt@rosenblattlaw.com