BWW Law Group, LLC
Wayne A. Holman, Esq.
6003 Executive Blvd. Suite 101
Rockville, MD 20852


BWW Law Group, LLC
6003 Executive Blvd. Suite 101
Rockville, MD 20852


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Chase Mortgage
700 Kansas Lane
Monroe, LA 71203


Citibank / Home Depot
P.O. Box 790034
Saint Louis, MO 63179


Colonial Funding Network, Inc.
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201


Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411


Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

```
Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Ford Motor Credit
P.O. Box 62180
Colorado Springs, CO 80962-2180


Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201


Klementina V. Pavlova, Esquire
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
Mc Lean, VA 22101-5728


Mercedes-Benz Financial Services
Attn: Bankruptcy
Po Box 685
Roanoke, TX 76262


Mr. Cooper
Attn: Bankruptcy
Po Box 619098
Dallas, TX 75261


PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541


Robertson, Anschutz, Schneid, Crane &
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
```

```
Rushmore Loan Mgmt Srvc
Attn: Bankruptcy
Po Box 55004
Irvine, CA 92619



Sandy Spring
17801 Georgia Ave
Olney, MD 20832



Synchrony Bank
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896



Synchrony Bank/Sams Club
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896



W. Ashley Burgess, Esquire
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
Mc Lean, VA 22101-5728
```