_____ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**        Evidentiary Hrg: Y N
                                                       Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 08/09/2021 Time: 10:00

**CASE: 21-14649 Mahmoud Musa Abulhawa**

Richard B. Rosenblatt representing Mahmoud Musa Abulhawa (Debtor)

___ T. Branigan ___ K. Moulding
        representing Timothy P. Branigan (Trustee)

[16] Motion to Extend Automatic Stay Filed by Mahmoud
Musa Abulhawa. (Attachments: #s2 List of All
Creditors)

**MOVANT** : Mahmoud Abulhawa BY R Rosenblatt

[25] Objection on behalf of Strategic Funding Source,
Inc. d/b/a Kapitus Filed by Paige Smith (related
document(s) 17 Order Setting Hearing (bk)).

**MOVANT** : Strategic Funding Source, Inc. d/b/a Kapitus BY P Smith W Burgess K Pavlova

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

    Granted    _____      Sustained  _____      Denied      _____
    Overruled  _____      Withdrawn  _____      Under Adv.  _____
    Moot       _____      Consent    _____      Dismissed   _____
    O.T.J. Fee _____

DECISION:

[ ] Signed by Court              [ ] Filed by Counsel
[X] To be prepared by:
    [ ] Movant's counsel         [ ] Court
    [X] Respondent's counsel     [ ] Other _____

NOTES: