APPENDIX A

# United States Bankruptcy Court
## District of Maryland

In re **Mahmoud Musa Abulhawa**  
Debtor(s)

Case No. **21-14649**  
Chapter **13**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed R Bankr P 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid, or agreed to be paid, to me after one year before the filing of the petition in bankruptcy for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case in addition to any amounts already disclosed is as follows:

   For legal services, I have agreed to accept          $    500.00  
   Prior to the filing of this statement I have received $    500.00  
   Balance Due                                          $      0.00

2. The source of the compensation paid to me was:  
   ☑ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:  
   ☑ Debtor   ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Since the filing of any prior 2016(b) statement in this case, counsel has agreed to perform the following additional services for the supplemental fees identified above:  
   **Represent Debtor for Motion for Relief from Stay filed by Ford Motor Credit Company LLC re: 2014 Ford F150**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:  
   **Representation of the debtor(s) in any dischargeability actions or any other adversary proceeding and contested matters.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 13, 2021**  
Date

**/s/ Richard B. Rosenblatt**  
Signature of Attorney

**Law Offices of Richard B. Rosenblatt, PC**  
Name of law firm

**Local Bankruptcy Form E-2**

Ver. 11.07
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy