## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **21–14649 – TJC**   Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 45 – Objection to Claim Number 8 In Re: Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. in the Amount of $58807.79. Notice Served on 9/28/2021 Filed by Mahmoud Musa Abulhawa. Responses due by 10/28/2021. (Attachments: # 1 Proposed Order)(Rosenblatt, Richard) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 10/13/21.** <br><br> **– The objection must include the 30–day language allowing time for responses and must also include a certificate of service.** <br><br> **– The certificate of service attached is not for the document filed.** |
| CURE: | File an Amended Objection to Claim with 30 day language included by the cure date provided above. A certificate of service is required. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 9/29/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

cc:   Debtor
      Attorney for Debtor – Richard B. Rosenblatt

defntc (rev. 12/12/2016)