# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–14649 – TJC**   Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

## NOTICE OF REQUIREMENT TO FILE THE
## CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE
### (Official Form 423)

   Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in Personal Financial Management and file the Certification About a Financial Management Course(Official Form 423) within the applicable time limit under FRBP 1007(c) unless an approved provider has notified the Court that a debtor has completed the course. IF A PERSONAL FINANCIAL MANAGEMENT CERTIFICATE HAS BEEN PREVIOUSLY FILED PLEASE DISREGARD THIS NOTICE.

   The Certification About a Financial Management Course(Official Form 423) is a statement by an individual debtor or joint debtors certifying that they have completed an instructional course in personal financial management from an approved personal financial management provider. It is required to be filed pursuant to Federal Rules of Bankruptcy Procedures, Rule 1007(b)(7). The Financial Management Course is obtained after the bankruptcy petition is filed.

   If the debtor does not file the Certification About a Financial Management Course(Official Form 423) before the last plan payment or the Court has not been notified by an approved provider that the debtor has completed the course, **the case will be closed without a discharge**. The debtor will have to file a motion to reopen the case to allow for the filing of the certificate of completion of a course in Personal Financial Management. The debtor must pay the full filing fee for such motion.

   Information on the Personal Financial Management Course can be found on the U.S. Trustee Program web site: http://www.usdoj.gov/ust/eo/bapcpa/ccde/de_approved.htm

   Please note, the Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition. The Certification About a Financial Management Course(Official Form 423) is a separate filing requirement.

Dated: 10/4/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
Team Phone: 410–962–0794

Form definmgt (12/2015)