UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **In re:  MAHMOUD MUSA ABULHAWA,** | Case No.:  21-14649-TJC |
| **Debtor.** | Chapter 13 |
| **Mahmoud Musa Abulhawa,** | |
| **Movant,** | |
| v. | **CONTESTED MATTER** |
| **Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. as servicing agent for Strategic Funding Source, Inc. d/b/a Kapitus** | |
| **Respondent.** | |

### RESPONSE AND RESERVATION OF RIGHTS TO DEBTOR'S APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE AGENT

Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. as servicing agent for Strategic Funding Source, Inc. d/b/a Kapitus ("**Kapitus**"), by counsel, hereby files this response and reservation of rights with respect to the *Application to Approve Employment of Real Estate Agent* (Doc. 56) (the "**Application**") filed by Mahmoud Musa Abulhawa (the "**Debtor**") on October 20, 2021.

### Summary

1.   Kapitus does not, *per se*, object to the employment of a real estate agent. However, on information and believe, based on the Debtor's Schedules and Statements, there will be net

Paige Levy Smith, MD Fed. Bar No. 19912
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 300
McLean, Virginia 22101-5728
Tel. 703.893.3600
  *Counsel for Kapitus Servicing, Inc., f/k/a Colonial Funding Network, Inc.,
as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus*

equity resulting from the sale of real estate. The Debtor should be required to pledge any such net equity to his chapter 13 plan payments, which the Debtor's current proposed plan does not so require. In addition, the property to be sold is, on information and belief, the Rental Property (defined below), which currently adds $1,700 monthly income to the Debtor. The Debtor should be required to show how a $1,700 reduction in income will impact his budget and thus Plan payments.

### Discussion

2.  On July 15, 2021, the Debtor filed his third voluntary petition under Chapter 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (Doc 1) (the "**Petition**").

3.  As of the Petition, the Debtor owns two real estate properties: 8724 Hawkins Creamery Road, Gaithersburg MD (the "**Home**"); and 11433 Brundidge Terrace, Germantown MD (the "**Rental Property**"). (Doc. 13).

4.  In his third amended plan filed on October 12, 2021 (Doc. 53) (the "**Amended Plan**"), the Debtor proposes to sell the Rental Property "as soon as possible and using the proceeds to pay off his mortgages with US National Bank, Rushmore, and Mr. Cooper." Amended Plan, ¶9. The Amended Plan proposes 100% distribution to unsecured creditors, as is necessary based on the Chapter 7 liquidation analysis. *See* Amended Plan, ¶ 4.7.

5.  The Debtor listed the value of the Rental Property as $358,100.00 based on Zillow. (Doc. 13, pp. 4). The Rental Property is encumbered by two deeds of trust -- one to Mr. Cooper, which filed a proof of claim in the amount of $295, 495.89 (Claim 10); the other with Rushmore Mortgage, which filed a proof of claim in the amount of $9,363.51 (Claim 9).

6.  Confirmation hearing on the Amended Plan is scheduled for November 16, 2021 and objection are to be filed by November 9, 2021. Kapitus intends to object to the Amended Plan

as it fails to state how the net proceeds, which are approximately $53,241, will be used to pay creditors.

7. The Debtor also states that he receives $1,700 in rental income per month. Before a realtor is retained and/or the Rental Property sold, Debtor should be required to show how a $1,700 reduction in monthly income will impact his monthly budget and thus disposable income available to pay monthly Plan payments.

### RESERVATION OF RIGHTS

8. Kapitus' filing of this Response is without waiver, and express reservation, of any and all of Kapitus' rights, defenses, and remedies available at law and in equity. Kapitus reserves further its rights to argue or join, at hearing or in further allowed briefing, additional grounds for objection to the Application.

**WHEREFORE**, Kapitus respectfully requests that the Court enter an order denying the *Debtor's Application to Approve of Employment of Real Estate Agent*, or such other relief as is just and proper.

Date: November 3, 2021             **KAPITUS SERVICING, INC. F/K/A COLONIAL FUNDING NETWORK, INC. AS SERVICING AGENT FOR STRATEGIC FUNDING SOURCE, INC. D/B/A KAPITUS,**

| /s/ Paige Levy Smith | /s/ Klementina V. Pavlova |
|---|---|
| Paige Levy Smith, MD Fed. Bar No. 19912 | W. Ashley Burgess *(admitted pro hac vice)* |
| SANDS ANDERSON PC | Klementina V. Pavlova *(admitted pro hac vice)* |
| 1497 Chain Bridge Road, Suite 300 | SANDS ANDERSON PC |
| McLean, VA 22101-5728 | P.O. Box 1998 |
| Tel. 703.893.3600 | Richmond, VA 23218-1998 |
| | Tel. 804.648.1636 |
| *Counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc., as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus* | *Counsel for Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc., as servicing agent for Strategic Funding Source, Inc., d/b/a Kapitus* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2021, the *Response to Debtor's Application to Approve Employment of Real Estate Agent and Reservation Of Rights* was filed via the CM/ECF system which sent electronic notification of such filing to the following parties:

>Richard B. Rosenblatt
>Email: rrosenblatt@rosenblattlaw.com
>*Counsel for the Debtor*
>
>Timothy P. Branigan
>Email: cmecf@chapter13maryland.com
>*Chapter 13 Trustee*
>
>Wayne Anthony Holman
>Email: bankruptcy@bww-law.com
>
>Daniel Alan Ross
>Email: Daniel.ross@mccalla.com
>*Counsel for Fay Servicing, LLC*

I further certify that on this 3rd day of November, 2021, a copy of the foregoing was mailed first class U.S. Mail, postage pre-paid to:

>Mahmoud Musa Abulhawa
>8724 Hawkins Creamery Road
>Gaithersburg, MD 20882
>*Debtor*
>
>Synchrony Bank
>c/o PRA Receivables Management, LLC
>P.O. Box 41021
>Norfolk, VA 23541

                                     */s/ Klementina V. Pavlova*