# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–14649 – TJC**   Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

on 1/5/22 at 10:30 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

56 – Application to Employ Husni Kuraishi as Real Estate Broker and Verified Statement of Proposed Party Filed by Mahmoud Musa Abulhawa. (Attachments: # 1 Proposed Order) (Rosenblatt, Richard)

60 – Response on behalf of Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus Filed by Paige Smith (related document(s)56 Application to Employ filed by Debtor Mahmoud Musa Abulhawa). (Smith, Paige)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/8/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410–962–4221

Form ntchrgmdb (rev. 06/08/2020)