United States Bankruptcy Court
District of Maryland

In re:                                                                                         Case No. 21-14649-TJC
Mahmoud Musa Abulhawa                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                                       Page 1 of 2
Date Rcvd: Nov 08, 2021              Form ID: ntchrgb2                            Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mahmoud Musa Abulhawa, 8724 Hawkins Creamery Road, Gaithersburg, MD 20882-3610 |
| aty | | Klementina V. Pavlova, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998 |
| aty | | W. Ashley Burgess, Sands Anderson PC, PO Box 1998, Richmond, VA 23218-1998 |
| cr | + | Kapitus Servicing, Inc. formerly Colonial Funding, 2500 Wilson Boulevard, Suite 350, Arlington, VA 22201-3873 |
| cr | + | Strategic Funding Source, Inc. d/b/a Kapitus, 120 W 45th Street, 4th Floor, New York, NY 10036-4041 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2021                               Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Alan Ross | dross@hillwallack.com mccallaecf@ecf.courtdrive.com |
| Jason Murphy | jasmurphy@raslg.com |
| Katherine Loverde | katloverde@raslg.com bankruptcy@albalawgroup.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 08, 2021 | Form ID: ntchrgb2 | Total Noticed: 5 |

Paige Smith
    plevysmith@sandsanderson.com
    sryan@sandsanderson.com,TKearns@sandsanderson.com,aburgess@sandsanderson.com,kpavlova@sandsanderson.com

Richard B. Rosenblatt
    rrosenblatt@rosenblattlaw.com
    ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,cbecker@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Timothy P. Branigan
    cmecf@chapter13maryland.com

Wayne Anthony Holman
    bankruptcy@bww-law.com  Anthony.Holman@bww-law.com

TOTAL: 8

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **21−14649 − TJC**    Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

## NOTICE

PLEASE TAKE NOTICE that a scheduling conference will be held

on 1/5/22 at 10:30 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688)

to consider and act upon the following:

47 − Amended Objection to Claim Number 8 In Re: Kapitus Servicing, Inc. f/k/a Colonial Funding Network, Inc. in the Amount of $58807.79. Notice Served on 9/29/2021 Filed by Mahmoud Musa Abulhawa (related document(s)45 Objection to Claim filed by Debtor Mahmoud Musa Abulhawa). Responses due by 10/29/2021. (Attachments: # 1 Proposed Order)(Rosenblatt, Richard)

58 − Response on behalf of Kapitus Servicing, Inc. formerly Colonial Funding Network, Inc. as servicing agent of Strategic Funding Source, Inc d/b/a Kapitus Filed by Paige Smith (related document(s)47 Objection to Claim filed by Debtor Mahmoud Musa Abulhawa). (Smith, Paige)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/8/21

Mark A. Neal, Clerk of Court
by Deputy Clerk, Erica Cumberland
410−962−4221

Form ntchrgmdb (rev. 06/08/2020)