

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | |
|---|---|
| In re: : | |
| : | |
| MAHMOUD M. ABULHAWA, : | Case No. 21-1-4649-TJC |
| : | Chapter 13 |
| Debtor. : | |
| : | |

### ORDER APPROVING SALE

Upon a motion and/or notice by the debtor for approval of sale and the application of proceeds to pay off the existing lien(s), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the debtor in this case by notice filed January 21, 2022 of property known as 11433 Brundidge Terrace, Germantown, Maryland is approved by the court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the property shall be paid at settlement; and it is further

- 2 -

**ORDERED**, that after payment of the costs of closing and satisfaction of liens upon the property, the settlement office shall remit directly to the Chapter 13 Trustee the lesser of: (1) the amount required to pay all allowed claims; or (2) the Debtor's total remaining net proceeds, together with a copy of the executed settlement sheet (HUD-1); and it is further

**ORDERED**, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

copies to:

Chapter 13 Trustee
Debtor(s)
Debtor(s)' Counsel

**END OF ORDER**