IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| IN RE:<br><br>MAHMOUD MUSA ABULHAWA | Chapter 13<br>Case No. 21-14649 |
| U.S BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITYZZ BUT SOLELY AS OWNER FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,<br>Movant,<br><br>v.<br><br>MAHMOUD MUSA ABULHAWA,<br>Debtor<br>JOSEPH JENKINS,<br>Codebtor,<br>&<br>TIMOTHY P. BRANIGAN<br>Trustee,<br><br>      Respondents | |

### NOTICE OF MOTION FOR *IN REM* RELIEF FROM STAY AND REQUEST FOR IMPOSITION OF EQUITABLE SERVITUDE HEARING THEREON

    U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust C/O U.S. Bank Trust National Association has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to ***obtain relief from automatic stay and impose equitable servitude***. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by March 24, 2022, (parties served by mail may add three (3) days to the response deadline) you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and send a copy to:

Brandon R. Jordan
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852

Attorney for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust C/O U.S. Bank Trust National Association

**Timothy P. Branigan**
**9891 Broken Land Parkway Suite 301**
**Columbia, MD 21046**

    If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail early enough so that the court will receive it by the date stated above.

    The hearing is scheduled for **April 4, 2022, at 10:00 AM** in Courtroom 3-E, United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770 via videoconference.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date:  March 10, 2022

                                                Respectfully submitted,

                                                /s/ **Brandon R. Jordan**
                                                Brandon Jordan, Federal Bar No. 22096
                                                ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
                                                11900 Parklawn Drive, Suite 310
                                                Rockville, MD 20852
                                                Phone: 470-321-7112, ext. 270
                                                Fax: (240) 238-2767
                                                Email: bjordan@raslg.com
                                                *Counsel for Secured Creditor*

## CERTIFICATE OF SERVICE

The undersigned states that on March 10, 2022, copies of the foregoing Notice of Motion were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

**Timothy P. Branigan**
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Bankruptcy Trustee*

**Richard B. Rosenblatt**
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square Ste. 302
Rockville, MD 20850
Email: rrosenblatt@rosenblattlaw.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following non-ECF participants:

**Mahmoud Musa Abulhawa**
8724 Hawkins Creamery Road
Gaithersburg, MD 20882
*Debtor*

Joseph Jenkins
10065 RIDGELINE DR
MONTGOMERY VILLAGE, MD 20886
*Codebtor*

                                            **/s/ Brandon R. Jordan**
                                            Brandon Jordan