

_____     _____ RETAIN

**Thomas J. Catliota , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                          Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 04/04/2022  Time: 10:00

**CASE: 21-14649 Mahmoud Musa Abulhawa**

Richard B. Rosenblatt representing Mahmoud Musa Abulhawa (Debtor)

__ T. Branigan __ K. Moulding
        representing Timothy P. Branigan (Trustee)

[109] Motion for Order Granting In Rem Relief Pursuant
to 11 U.S.C. (d)(4) Re: 10065 Ridgeline Drive, Montgomery
Village, MD, 20886. Fee Amount $188. Notice
Served on 3/3/2022, Filed by U.S. Bank Trust National
Association, not in its individual capacity but
solely as owner trustee for RCF 2 Acquisition Trust
c/o U.S. Bank Trust National Association. Objections
due by 03/17/2022. with three additional calendar
days allowed if all parties are not served electronically.
Hearing scheduled for 04/04/2022 at 10:00 AM -
Courtroom 3-E. (Attachments: #s1 Exhibit) (Jordan,
Brandon) Modified on 3/4/2022 (Cumberland, Erica).

**MOVANT** : U.S. Bank Trust National Association BY B Jordan

[116] Notice of Motion FOR IN REM RELIEF FROM STAY AND
REQUEST FOR IMPOSITION OF EQUITABLE SERVITUDE HEARING
THEREON.Notice Served on 3/10/2022, Filed by U.S.
Bank Trust National Association, not in its individual
capacity but solely as owner trustee for RCF 2 Acquisition
Trust c/o U.S. Bank Trust National Association (related
document(s) 109 Relief from Stay and Notice
of Motion filed by Creditor U.S. Bank Trust National
Association, not in its individual capacity but
solely as owner trustee for RCF 2 Acquisition Trust
c/o U.S. Bank Trust National Association). Objections
due by 3/24/2022.Hearing scheduled for 4/4/2022
at 10:00 AM by videoconference or teleconference.
For hearing access information see www.mdb.uscourts.
gov/hearings or call 410-962-2688.

**MOVANT** : U.S. Bank Trust National Association BY B Jordan

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

```
Granted  _____      Sustained  _____      Denied      _____
Overruled _____     Withdrawn  _____      Under Adv.  _____
Moot     _____      Consent    _____      Dismissed   _____
O.T.J. Fee _____
```

DECISION:

[ ] Signed by Court                [ ] Filed by Counsel
[ ] To be prepared by:
    [X] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____

NOTES:

- No response
- No appearance by debtor
- property not listed on Schedule A
- Land installment contract