Entered: April 14th, 2022
Signed: April 13th, 2022



**DUNCAN W. KEIR**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–14649 – TJC**   Chapter: **13**

**Mahmoud Musa Abulhawa**
Debtor

## FINAL REPORT OF MEDIATOR

Mediation of the Objections to the claim of Kaptitus Servicing Inc. and of the Adversary Proceeding (AP 21–00212) was conducted. The above signed Mediator reports that the mediation has been concluded, the parties have reached an agreed settlement of all issues. The parties will upload to the court a proposed Consent Order in the adversary proceeding and will file therewith a Forbearance Agreement.

cc:   Debtor
      Attorney for Debtor – Richard B. Rosenblatt
      Attorney for Kapitus Servicing Inc – Paige Levy Smith
      Attorney for Kapitus Servicing Inc – W. Ashley Burgess
      Attorney for Kapitus Servicing Inc. – Klementina V. Pavlova
      Case Trustee – Timothy P. Branigan

44x04 (rev. 07/29/2016) – JudgeKeir